| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Lemmon, Mary A | 2. Court or Organization<br><br>Eastern District of LA | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. District Courthouse<br>500 Poydras Street, C-406<br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-president/secretary | St.Charles Properties, Inc: A sub-chapter S |
| 2. | General Partner | ███ Partnership |
| 3. | General Partner | █████ Minerals Partnership |
| 4. | General Partner | ███ Land Partnership |
| 5. | Board Member Emeritus | Reconcile New Orleans |
| 6. | Council Member | Louisiana State Law Institute |

2007 MAY 23 A 9: 34 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | Since July 26, 1996, I have been in the Louisiana State Employees Retirement System for State Judges |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | La. State Employees Retirement System | $ 59,530.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | La. State Employees Retirement System |
| 2. 2005 | Self Employed (Legal Consultant) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judicial Center | January 11 - 16, 2006 Palo Alto, CA - Law and Genetics Seminar (Transportation, Meals, Lodging) |
| 2. | American Bar Association | February 8 - 12, 2006 Chicago, IL - Judicial Division Mid-Year Meeting (Transportation, Meals, Lodging) |
| 3. | First Amendment Center | April 9 - 12, 2006 Nashville, TN - Justice and Journalism Conference (Transportation, Meals, Lodging) |
| 4. | Federal Judicial Center | May 2 - 7, 2006 Arlington, VA - National Workshop for District Judges (Transportation, Meals, Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 05/14/2007 |

5.  American Bar Association

August 3-8, 2006 Honolulu, HI - Judicial Division Annual Meeting (Transportation, Meals, Lodging)

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Nat'l Bank of St. Charles-IRA Cash Equivalent Account | A | Interest | J | T | | | | | |
| 2. First Nat'l Bank of St. Charles-IRA Cash Equivalent Account | | None | J | T | | | | | |
| 3. First American Bank-IRA Cash Equivalent Account | | Interest | K | T | | | | | |
| 4. First American Bank-IRA Cash Equivalent Account | A | Interest | J | T | | | | | |
| 5. Capital One Stock | A | Dividend | M | T | Partial Sale | 11/16 | K | | |
| 6. Capital One Checking | A | Interest | K | T | | | | | |
| 7. Capital One Checking | | None | J | T | | | | | |
| 8. First National Bank of St. Charles CD | B | Interest | | | Redeemed | 9/03 | J | | |
| 9. Oil Royalty - St. Charles Parish | F | Royalty | L | W | | | | | |
| 10. Ameriprise | B | Dividend | L | T | | | | | |
| 11. Ariel Common | A | Dividend | J | T | | | | | |
| 12. John Hancock Funds: Large Cap Equity A | | None | J | T | | | | | |
| 13. ▉▉▉Partnership | A | Rent | J | W | | | | | |
| 14. Laura Plantation | | Dividend | J | W | | | | | |
| 15. U.S. Savings Bonds, Series, HH, transferred July 1994 | A | Interest | K | T | | | | | |
| 16. U.S. Savings Bonds Series E, inherited March 1994 | | None | K | T | | | | | |
| 17. 3.31% interest in Cutrone Carline Properties | C | Dividend | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▮▮▮ Trust, Boutte Louisiana | | None | K | W | | | | | |
| 19. ▮▮▮ Partnership | | Rent | N | W | | | | | |
| 20. Smith Barney Municipal Money Market Account | C | Interest | M | T | | | | | |
| 21. ▮▮▮ Minerals Partnership | | None | J | W | | | | | |
| 22. First National Bank of St. Charles CD | | None | | | Redeemed | 01/02 | J | | |
| 23. Legg Mason Value Trust Mutual Fund | A | None | J | T | | | | | |
| 24. Smith Barney Stocks: AT&T | A | Dividend | J | T | | | | | |
| 25. Alcoa | A | Dividend | J | T | | | | | |
| 26. J.P. Morgan Chase | B | Dividend | K | T | | | | | |
| 27. Vail Resorts | | None | K | T | | | | | |
| 28. BP Amoco PLC | B | Dividend | K | T | | | | | |
| 29. Legg Mason Bonds: BRAZOS RIVER AUTH TEX PCE | | None | | | Redeemed | 4/01 | K | | |
| 30. HOUMA LA UTIL REV FGIC BOOK ENTRY | | None | | | Sell | 03/07 | K | A | |
| 31. JEFFERSON LA SALES TAX DIST SPL SALES TAX REV RFDG-B-F | | None | | | Sell | 12/01 | J | | |
| 32. KENNER LA SALES TAX REV RFDG FGIC DTD | | None | | | Sell | 08/01 | K | | |
| 33. LOUISIANA PUB FACS AU HOSP REV OUR LADY LOURDES REGL MED M | | None | | | Sell | 02/01 | K | | |
| 34. LOUISIANA PUB FACS AU SHP RV REF | | None | | | Sell | 10/01 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
 F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
 N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
 P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
 U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| WOMANS HSP FNDTN FGIC B/E | | | | | | | | | |
| 35. MATANUSKA SUSINTA BORO ALASKA B/O SER A MBIA-BOOK ENTRY | | None | | | Redeemed | 05/01 | K | A | |
| 36. WASHINGTON ST. HLTH CARE FACAU RV GROUP HLTH COOP PUGETSOU | | None | | | Sell | 12/20 | K | A | |
| 37. LOUISIANA ST. UNIV & AGRIC & MECHANICAL CLGE UNIV REVS AUX | | None | | | Redeemed | 07/01 | L | B | |
| 38. LOUISIANA STAD AND EXPO DIST HOTEL OCCUPANCY TAX & STAD RE | | None | | | Redeemed | 07/01 | L | A | |
| 39. SAINT CHARLES PAR LA ENVRNMTL IMPT REV LA PQR&LT CO PJ-SER | | None | | | Sell | 06/15 | K | B | |
| 40. TANGIPAHOA PARISH LA HOSP SVC DIST #1 HOSP REV AMBAC | | None | | | Redeemed | 02/01 | L | A | |
| 41. Rental Property Orleans Parish | | Rent | N | W | | | | | |
| 42. St. Charles Land Trust | A | Dividend | J | W | | | | | |
| 43. U.S. Savings Bonds, Series, HH | C | Interest | L | T | | | | | |
| 44. Whitney Bank Checking | | None | M | T | | | | | |
| 45. Legg Mason Stocks: Com Cast | | None | J | T | | | | | |
| 46. Legg Mason Bonds: VERMILION PARISH LA G/O | B | Interest | K | T | | | | | |
| 47. LAFAYETTE LA PUBLIC IMPT SALES TAX SER A | B | Interest | K | T | | | | | |
| 48. LAFAYETTE LA PUBLIC IMPT SALES TAX SER B | B | Interest | K | T | | | | | |
| 49. LAFAYETTE LA PUBLIC IMPT SALES TAX SER B | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. LA STATE UNIVERSITY & AGRIC & MECHANICAL CLGE UNIV REV | | None | | | Sell | 07/01 | K | | |
| 51. EAST BATON ROUGE PARISH LA SALES & USE TAX PUB | | None | | | Sell | 03/09 | K | | |
| 52. Hibernia Stock (Inherited) | | None | | | Sell | 02/06 | J | A | |
| 53. Federal Home Loan Mortgage | | None | | | Sell | 12/29 | M | A | |
| 54. Southlake Tere CTFS Obligation | A | Interest | K | T | | | | | |
| 55. Timberlane Tere Util Distr Glo | B | Interest | L | T | | | | | |
| 56. Virginie St. Res. Auth. | C | Interest | L | T | | | | | |
| 57. Walles Tere Indpt. Sch. Dist. Glo | A | None | K | T | | | | | |
| 58. Whitney National Bank Savings | A | Interest | K | T | | | | | |
| 59. Series HH/H Bonds | A | Interest | L | T | | | | | |
| 60. Smith Barney Checking (X) | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I: Name of Organization/Entity, continued . . .
# 1 Corporation owned entirely by ██████. The corporation owns real estate, but there has been no business activity. I write checks for annual corporate fees and property taxes.

Part I: Name of Organization/Entity, continued . . .
#2 ██████Partnership

Part I: Name of Organization/Entity, continued
#3 ██████ Limited Partnership

Part I: Name of Organization/Entity, continued . . .
#4 Land partnership:██████Partnership owning undeveloped marshland inherited. I was replaced as General Partner in 3/96. My ownership of the assets of the partnership were transferred to the██████Partnership in 1994.

Part VII: page 4, line 5 Hibernia Stock converted to Capital One.

Part VII: page 4, line 10 APX Mutual now Ameriprise.

Part VII: page 4, line 56 listed "Vermilion Parish La." entry was deleted because it was a duplicate of Part VII, page 3, line 46.

Part VII: page 5 line 26 Bank One Corp now J.P. Morgan Chase.

Part VII: page 5 lines 6 & 7 Hibernia Bank checking now Capital One checking.

Part VII: page 6 line 20 Legg Mason Tax Exempt Trust: Money Market now Smith Barney Municipal Money Market.

Part VII: page line 24 Legg Mason stocks now Smith Barney.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date 5/15/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544